UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP and Its Individual Members, ALERIS ROLLED PRODUCTS, INC.; ARCONIC CORPORATION; COMMONWEALTH ROLLED PRODUCTS INC.; CONSTELLIUM ROLLED PRODUCTS RAVENSWOOD, LLC; JUPITER ALUMINUM CORPORATION; JW ALUMINUM COMPANY; and NOVELIS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | SUMMONS <br><br> Court No. 22-00028 |

**TO:** The Attorney General of the United States and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1.  <u>Name and Standing of Plaintiffs.</u>

    Plaintiffs in this action are the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual members (Aleris Rolled Products, Inc.; Arconic Corporation; Commonwealth Rolled Products Inc.; Constellium Rolled Products Ravenswood, LLC; Jupiter Aluminum Corporation; JW Aluminum Company; and Novelis Corporation) (collectively, "Plaintiffs"). The individual members of the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group are manufacturers, producers, and/or wholesalers in the United States of common alloy aluminum sheet ("CAAS"), the domestic like product. Additionally, the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group is a trade or business association, a majority of whose members manufacture, produce, or wholesale CAAS in the United States. Moreover, Plaintiffs were parties to the

proceeding that led to the determination being challenged. Accordingly, Plaintiffs are interested parties within the meaning of sections 771(9)(C) and (E) and 516A(f)(3) of the Act. <u>See</u> 19 U.S.C. § 1677(9)(C) and (E). As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>

The contested determination is the U.S. Department of Commerce's (the "Department") final results in the agency's first administrative review of the antidumping order on CAAS from China. <u>See</u> <u>Common Alloy Aluminum Sheet From the People's Republic of China: Final Results of Antidumping Duty Administrative Review, Final Successor-In-Interest Determination, and Final Determination of No Shipments; 2018-2020</u>, 86 Fed. Reg. 74,006 (Dep't Commerce Dec. 29, 2021). The determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and (a)(2)(B)(iii). This Summons is being filed within 30 days of the publication in the <u>Federal Register</u> of the final results of review and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I).

3. <u>Date of determination</u>

The U.S. Department of Commerce's final determination was signed on December 22, 2021 and was published in the <u>Federal Register</u> on December 29, 2021.

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

The U.S. Department of Commerce's final results of review were published in the <u>Federal Register</u> on December 29, 2021. <u>See</u> <u>Common Alloy Aluminum Sheet From the People's Republic of China: Final Results of Antidumping Duty Administrative Review, Final Successor-In-Interest Determination, and Final Determination of No Shipments; 2018-2020</u>, 86 Fed. Reg. 74,006 (Dep't Commerce Dec. 29, 2021).

 /s/ John M. Herrmann
JOHN M. HERRMANN
PAUL C. ROSENTHAL
JOSHUA R. MOREY
JULIA A. KUELZOW
jherrmann@kelleydrye.com
prosenthal@kelleydrye.com
jmorey@kelleydrye.com
jkuelzow@kelleydrye.com
3050 K Street, N.W., Suite 400
Washington, D.C.   20007
(202) 342-8488

Counsel to the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and Its Individual Members (Aleris Rolled Products, Inc.; Arconic Corporation; Commonwealth Rolled Products Inc.; Constellium Rolled Products Ravenswood, LLC; Jupiter Aluminum Corporation; JW Aluminum Company; and Novelis Corporation)

Dated:  January 28, 2022

## **SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

        Director, Civil Division
        Commercial Litigation Branch
        U.S. Department of Justice
        1100 L Street, N.W., Room 12124
        Washington, D.C. 20530

        General Counsel
        U.S. Department of Commerce
        14th Street & Constitution Avenue, N.W.
        Washington, D.C. 20230

By Hand:    Attorney-In-Charge
        International Trade Field Office
        Commercial Litigation Branch
        U.S. Department of Justice
        26 Federal Plaza
        New York, NY 10278-0001


        The Honorable Mario Toscano
        Clerk of the Court


Date:  January ___ , 2022        By:_____

CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

**Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group et al. v. United States**
**CIT Court No. 22-00028**

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, John M. Herrmann, hereby certify that on January 28, 2022, copies of the foregoing Summons, Form 5, Form 11, Forms 13, and Forms 17 were served upon the following individuals and notified all the interested parties who were a party to the proceeding below, by certified mail, return receipt requested:

**UPON THE UNITED STATES**

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, DC 20530


**UPON THE U.S. DEPARTMENT OF COMMERCE**

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Ms. Evangeline Keenan, Esq.
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 1874
Washington, DC 20230

**On behalf of Shanghai Huafon Aluminium Corporation and Xiamen Xiashun Aluminum Foil Co., Ltd.**

Matthew J. McConkey, Esq.
mmcconkey@mayerbrown.com
Mayer Brown, LLP
1999 K Street, NW
Washington, DC 20006-1101

**On behalf of Alcha International Holdings Limited; Jiangsu Alcha Aluminium Co., Ltd.; and Yinbang Clad Material Co., Ltd.**

Daniel Cannistra, Esq.
dcannistra@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

**On behalf of Texarkana Aluminum, Inc.**

Peter J. Koenig, Esq.
peter.koenig@squirepb.com
Squire Patton Boggs (US) LLP
2550 M Street, N.W., Suite 300
Washington, DC 20036

**On behalf of AA Metals, Inc. and Teknik Aluminyum Sanayi A.S.**

Kristen Smith, Esq.
ksmith@strtrade.com
Sandler, Travis & Rosenberg, P.A.
1300 Pennsylvania Avenue, N.W., Suite 400
Washington, DC 20004-3002

**On behalf of Tianjin Zhongwang Aluminium Co., Ltd.**

Bruce M. Mitchell, Esq.
bmitchell@gdlsk.com
Grunfeld Desiderio Lebowitz Silverman Klestadt, LLP
1201 New York Avenue NW, Suite 650
Washington DC 20005

                                                  /s/ John M. Herrmann
                                                  JOHN M. HERRMANN
                                                  KELLEY DRYE & WARREN LLP